ORIGINAL

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JING LIAN, an individual,

    Plaintiff,

vs.

BURBERRY LIMITED, a New York Business Corporation,

    Defendants.

CASE NO.: 1:22-cv-03353 (LLS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/22

### DEFENDANT'S NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION

PLEASE TAKE NOTICE, that Defendant Burberry Limited, pursuant to Defendant's Arbitration Policy and Agreement, executed by Plaintiff Jing Lian on October 2, 2015, and upon the accompanying Memorandum of Law in Support of Defendant's Motion to Compel and declarations and exhibits cited therein, will move this Court, before the Honorable Louis L. Stanton, in the United States District Court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date and time to be desingated by the Court, for an Order compelling arbitration and staying this action pending the outcome of arbitration proceedings.

Dated: June 1, 2022
New York, New York

*Granted; no opposition.*
*So Ordered,*
*Louis L. Stanton*
*June 7, 2022*

MORGAN, LEWIS & BOCKIUS LLP

By:    */s/ Melissa C. Rodriguez*
Melissa C. Rodriguez
melissa.rodriguez@morganlewis.com
Hanna E. Martin
hanna.martin@morganlewis.com
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendant Burberry Limited*